UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00225-RLV-DCK

| | | |
|---|---|---|
| **FRANK GULYAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **APPALACHIAN STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA, CINDY A. WALLACE, JUDITH HAAS, DAVID J. ELROD, AND DARRELL P. KRUGER,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Reconsideration (#33). Having considered plaintiff's Motion, defendant's Response, and plaintiff's Reply, and reviewed the pleadings, and finding that no new evidence has been presented, that there has not been a change in controlling law, and that there is no clear error or manifest injustice to correct, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration of Denial of Summary Judgment (#33) is **DENIED**.

Signed: September 26, 2017

Max O. Cogburn Jr
United States District Judge

-1-