# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-225-MOC-DCK

| | |
|---|---|
| FRANK GULYAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPALACHIAN STATE UNIVERSITY, ) <br> UNIVERSITY OF NORTH CAROLINA, ) <br> CINDY A. WALLACE, JUDITH HAAS, ) <br> DAVID J. ELROD, and DARRELL P. ) <br> KRUGER, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 50) notifying the Court that the parties reached a settlement on April 16, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **May 16, 2018**.

**IT IS FURTHER ORDERED** that the "Motion For Extension Of Current Deadlines" (Document No. 48) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: April 17, 2018

David C. Keesler
United States Magistrate Judge